IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO CARRANZA-BELTRAN, | ) | ORDER ON ORAL MOTION |
| | ) | |
| Defendant. | ) | |

Counsel for the government orally requested that the hearing scheduled to commence on January 23, 2012, at 12:15 p.m. in the above-caption case be rescheduled to commence at 12:30 p.m. due to a conflict in his schedule.

IT IS ORDERED that:

1. the oral motion is granted;

2. the commencement of the sentencing hearing for the defendant Ricardo Carranza-Beltran is rescheduled for 12:30 p.m. on January 23, 2012, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. the defendant shall be present for the hearing.

Dated January 20, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge